UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARLOS ALVAREZ,

    Petitioner,

v.                                                Case No: 6:04-cr-196-Orl-31KRS

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This cause is before the Court on Petitioner's Motion for Relief From A Judgment ("Motion for Relief," Doc. 75). The Government filed a Response (Doc. 81) to the Motion for Relief.

Petitioner was adjudicated guilty of the distribution of heroin resulting in serious bodily injury. (Doc. 36). The Court sentenced him to imprisonment for a term of 264 months to be followed by supervised release for a term of 3 years. (*Id*.). The Eleventh Circuit Court of Appeals affirmed the conviction and sentence. *United States v. Alvarez*, 165 F. App'x 707, 708 (11th Cir. 2006).

Petitioner seeks a reduction in his sentence based on the decision by the District Court in *United States v. Holloway*, 68 F. Supp. 3d 310 (E.D.N.Y. 2014). In *Holloway*, the District Court recognized the excessive nature of defendant Francois Holloway's mandatory minimum sentence of fifty-seven years for three convictions under 18 U.S.C. § 924(c) and called on the United States Attorney's Office to agree to an order vacating

two of Holloway's three § 924(c) convictions so Holloway could face a "more just resentencing." *Id.* at 314.  The United States Attorney's Office, ultimately agreed to the District Court vacating two of the § 924(c) convictions, and the District Court proceeded to resentence Holloway on the remaining § 924(c) count.

In the present case, the Court finds no basis to apply the benefits of the *Holloway* decision, a New York federal district court ruling, to this case.  The Court has also reviewed Defendant's other arguments in support of a sentence reduction and finds that they are without merit.

Accordingly, it is **ORDERED** that Defendant's Motion for Relief From A Judgment (Doc. 75) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on June 14, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party
OrlP-2 6/14